# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**GREGORY BARNES**                                                                                     **PLAINTIFF**

V.                           Case No. 4:21-cv-00113-LPR

**DOE**                                                                                                 **DEFENDANT**

## ORDER

On February 10, 2021, Gregory Barnes ("Plaintiff"), an inmate in the Dallas County Detention Center, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983. (*Doc. 1*). On March 17, 2021, the Court entered an Order instructing Plaintiff that, within thirty (30) days, he must either pay the $402 filing and administrative fee or file an application to proceed *in forma pauperis*. (Doc. 2). The Court warned Plaintiff that his failure to comply with the Order would cause his Complaint to be dismissed. (*Id.*). Plaintiff has not complied with or otherwise responded to the March 17, 2021 Order, and the time for doing so has passed.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962) (district courts have power to dismiss *sua sponte* under Rule 41(b)). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ORDERED this 25th day of June, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE